# DISTRICT OF COLUMBIA COURT OF APPEALS

| Case | Docket | Date | Disposition | Judge |
|---|---|---|---|---|
| Jackson v. District of Columbia | 13–CV–1375 | 10/28/2016 | Affirmed | Holeman |
| Elkerson v. United States | 15–CM–1084 | 10/28/2016 | Affirmed | Jackson |
| Johnson v. United States | 15–CM–927 | 10/28/2016 | Affirmed | Lopez |
| Cotter v. District of Columbia | 15–CT–841 | 10/26/2016 | Affirmed | Bandt Macaluso |
| Castillo v. Davis | 15–FM–341 | 10/26/2016 | Affirmed | Demeo |
| Stuart v. Ditto Residential, LLC | 15–CV–886 | 10/21/2016 | Affirmed | Nash |
| Brown v. United States | 14–CM–388 | 10/20/2016 | Affirmed | Bush |
| Liriano v. United States | 15–CM–619 | 10/20/2016 | Affirmed, in part; remanded, in part | Keary |
| DeBose v. United States | 14–CM–1438 | 10/17/2016 | Affirmed | McCabe |
| Tagoe v. District of Columbia Department of Employment Services | 15–AA–615 | 10/17/2016 | Remanded | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd. |
| Huntley v. United States | 13–CO–1383, 13–CO–1384, 15–CO–642, 15–CO–643 | 10/14/2016 | Affirmed | Jackson |
| Santos v. United States | 14–CF–1225 | 10/14/2016 | Affirmed | Winston |
| Brunson v. Waters | 14–CV–1440 | 10/14/2016 | Affirmed | Epstein Nash |